Devon T. Reese, Bar No. 7496
dreese@hutchlegal.com
Alex R. Velto, Bar No. 14961
avelto@hutchlegal.com
**HUTCHISON & STEFFEN, PLLC**
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
Telephone: (775) 853-8746
Facsimile: (775) 201-9611

*Attorneys for plaintiff, Larry G. Philpot*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZEN OUTREACH FOUNDATION, INC.<br><br>Defendant. | Case No.: 2:20-cv-00824-JAD-EJY<br><br>**STIPULATION & ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO SUBMIT DISCOVERY PLAN/SCHEDULING ORDER** |

Plaintiff Larry G. Philpot ("Plaintiff") and Defendant Citizen Outreach Foundation, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

1. Whereas, Plaintiff filed the complaint in this action on May 7, 2020.

2. Whereas, Plaintiff served a copy of the Summons and Complaint on Defendant by Rule 4 Waiver of Service on May 20, 2020.

3. Whereas, Defendant made its first appearance in this matter on June 12, 2020.

4. Whereas, the Discovery Plan / Scheduling Order is due on July 27, 2020.

5. Whereas, Plaintiff and Defendant have agreed to extend time for to submit the Discovery Plan / Scheduling Order to the court by not more than fourteen (14) days, up to and including August 10, 2020.

6. Whereas, this is the first request for an extension to submit the Discovery Plan / Scheduling Order, which is made in good faith, not for the purposes of delay.

7. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated this 27th day of July 2020

By: *Catherine Ramsey #8109/for*
Craig A. Mueller, Esq.
Nevada Bar No. 4703
723 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendant*

Dated this 27th day of July 2020

By: /s/ Alex R. Velto
Alex R. Velto, Esq.
Nevada Bar No. 14961
500 Damonte Ranch Parkway, Suite 980
Reno, Nevada 89521
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: July 29, 2020.

_____
UNITED STATES MAGISTRATE JUDGE