Devon T. Reese, Esq.
Nevada Bar No. 7496
Alex A. Velto, Esq.
Nevada Bar No. 11647
Hutchison & Steffen, PLLC
Peccole Professional Park, 10080 West, Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (775) 853-8746
Email: dreese@hutchlegal.com
avelto@hutchlegal.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **LARRY G. PHILPOT** | Case No. 2:20-CV-00824-JAD-EJY |
| **Plaintiff,** | |
| v. | |
| **CITIZEN OUTREACH FOUNDATION, INC.,** | |
| **Defendant.** | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot and Defendant Citizen Outreach Foundation, Inc., hereby stipulate to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

///

///

Respectfully submitted,

**HUTCHISON & STEFFEN, PLLC**

<u>/s/ Alex R. Velto</u>
Devon T. Reese, Esq.
Nevada Bar No. 7496
Alex R. Velto, Esq.
Nevada Bar No. 11647
Hutchison & Steffen, PLLC
Peccole Professional Park, 10080 West, Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (775) 853-8746
Email: dreese@hutchlegal.com
avelto@hutchlegal.com

**ATTORNEY FOR PLAINTIFF**

**MUELLER AND ASSOCIATES**

<u>/s/ Craig A. Mueller</u>
Craig A. Mueller, Esq.
Nevada Bar No. 4703
Mueller and Associates
808 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-1200
Email: electronicservice@craigmuellerlaw.com

**ATTORNEY FOR DEFENDANT**

## ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2021